IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| DIRECTV, INC.,<br>Plaintiff | §<br>§<br>§ | |
| V. | § | CIVIL ACTION B-03-053 |
| JUAN CORONADO aka JOE<br>CORONADO AND JIMMIE MORGAN<br>Defendants | §<br>§<br>§<br>§ | |

### ORDER GRANTING DESIGNATION OF ADDITIONAL COUNSEL

CAME ON FOR CONSIDERATION, Plaintiff, DIRECTV's Motion to Designate Additional Counsel, and the Court after considering the evidence and argument of counsel is of the opinion that said Motion should be GRANTED; it is therefore

ORDERED, ADJUDGED and DECREED that Lecia L. Chaney of Rodriguez, Colvin & Chaney, LLP serve as local counsel in this case.

SIGNED for entry on this 15th day of April, 2003.

_____
JUDGE PRESIDING

copies to:

Ms. Lecia Chaney
Rodriguez, Colvin & Chaney, LLP
1201 E. Van Buren
P.O. Box 2155
Brownsville, Tx  78522-2155

Ms. Kelly-Ann F. Clarke
Greer, Herz & Adams, LLP
One Moody Plaza, 18th Floor
Galveston, Tx  77550