B-03-053    Joe (Juan) Coronado    6

## RETURN OF SERVICE

Service of the Summons and complaint was made by me¹  DATE  4/4/03

| NAME OF SERVER | TITLE |
|---|---|
| Adam Darling | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.
Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Joe (Juan) Coronado  via certified mail
1501 E Bowie
Harlingen, Texas 78550

United States District Court
Southern District of Texas
FILED
APR 28 2003
Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 7, 2003
         Date

Signature of Server: Adam Darling

Address of Server: 3401 Louisiana, Ste 300
Houston, TX 77002

1. As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.