B-03-53                                                                                   Jimmie Morgan    7

# RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]   DATE  4/8/03

NAME OF SERVER: Adam Darley          TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.
Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas
FILED

☐ Returned unexecuted: _____

APR 28 2003

_____, Clerk of Court

☑ Other (specify): Jimmie Morgan   via certified mail
305 Starlight #502
Ingelside, Texas 78163

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 11, 2003
         Date

Signature of Server: Adam Darley

Address of Server: 3401 Louisiana, Ste 300
Houston, Texas 77002

1. As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.