IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 6 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIRECTV, INC., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-03-053 |
| JUAN CORONADO a/k/a JOE | § | |
| CORONADO and JIMMIE | § | |
| MORGAN, | § | |
| | § | |
| | § | |
| | § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## DEFENDANT, JIMMIE MORGAN'S, CERTIFICATE OF INTERESTED PERSONS

Defendant, Jimmie Morgan respectfully files this Certificate of Interested Persons.

1. Jimmie Morgan
   4000 Dickerson Court
   Plano, Texas 75093
   Defendant/Counter-Plaintiff

2. Peggy S. Bittick
   Law Offices of Peggy S. Bittick
   One Themis Place
   2400 South Texas Avenue
   Pearland, Texas 77581
   Attorney-in-Charge for Defendant/Counter-Plaintiff

3. DIRECTV, Inc.
   2230 East Imperial Highway
   El Segundo, California 90245
   Plaintiff/Counter-Defendant

4.  Greer, Herz & Adams L.L.P.
    One Moody Plaza, 18th Floor
    Galveston, Texas 77550
    Attorneys for Plaintiff/Counter-Defendant

>   Respectfully submitted,
>
>   **Law Offices of Peggy S. Bittick**
>
>   By: _/s/ Peggy S. Bittick_
>   Peggy S. Bittick
>   Texas Bar No. 00793346
>   Southern District Bar No: 19251
>   One Themis Place
>   2400 South Texas Avenue
>   Pearland, Texas 77581
>   Tel. (281)485-3500
>   Fax. (281)485-0171
>   Attorney-in-Charge for Defendant
>   Jimmie Morgan

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument was served as follows, pursuant to the Federal Rules of Civil Procedure, on May ___, 2003:

>   Robert A. Swofford
>   Greer, Herz & Adams L.L.P.
>   One Moody Plaza, 18th Floor
>   Galveston, Texas 77550
>   *Via facsimile 409.766.6424*
>
>   _/s/ Peggy S. Bittick_
>   Peggy S. Bittick

2