| | |
|---|---|
| DIRECT TV, INC. § | |
| PLAINTIFF, § | |
| § | No. CIV. ____B - 03- 053____ |
| vs. § | United States District Court |
| § | Southern District of Texas |
| § | FILED |
| JUAN CORONADO, A/K/A JOE CORONADO § | MAY 1 2 2003 |
| and JIMMIE MORGAN | |
| | Michael N. Milby |
| | Clerk of Court |

## DEFENDANT'S NOTICE OF INITIATION OF BANKRUPTCY CASE AND AUTOMATIC STAY OF ACTION

**YOU ARE HEREBY NOTIFIED** that on *May 9, 2003, JUAN CORONADO,* et. al. Defendant herein, filed a voluntary petition for relief under Chapter 1 of the Bankruptcy Code. A true copy of such Petition showing the clerk's official file stamp is attached hereto as Exhibit "A".

**YOU ARE FURTHER NOTIFIED** that pursuant to 11 USCS § 362 all parties to this matter are stayed from, among other things:

 1. the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the filing of a bankruptcy petition, or to recover a claim against the debtor that arose before the commencement of a bankruptcy case;

 2. any act to obtain possession of property of the bankruptcy estate or property of the debtor, or to exercise control and dominion over any such property, wherever located; and

 3. any act to collect, assess, or recover any claim against the bankruptcy estate or the debtor that arose before the date on which the bankruptcy petition was filed.

 Pursuant to the above provisions of 11 USCS § 362, no further proceedings may be had in this action against *JUAN CORONADO, et al.* pending further Order by the Bankruptcy Court.

 THIS DOCUMENT IS FILED FOR NOTICE PURPOSES ONLY. NOTHING CONTAINED HEREIN SHALL BE CONSTRUED AS ENTRY OF APPEARANCE BY THE UNDERSIGNED ATTORNEY ON BEHALF OF DEFENDANT(S) IN THIS PROCEEDING. THE UNDERSIGNED ATTORNEY REPRESENTS DEFENDANT(S) IN THE BANKRUPTCY PROCEEDING REFERENCED HEREIN ONLY.
Dated: <u>May 12, 2003</u>

                Respectfully Submitted,
                LAW OFFICES OF JOHN VENTURA PC

              By: _____
                John Ventura
                State Bar No. 20545700
                Ellen C. Stone
                State Bar No. 19305000
                62 E Price Rd.
                Brownsville Texas 78520
                (956) 546-9398
                (956) 542-1478 facsimile

# United States Bankruptcy Court
## Southern District of Texas

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 05/09/2003 at 3:00 PM and filed on 05/09/2003.

**Juan Coronado**
1501 E. Bowie
Harlingen, TX 78550
SSN: 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

**Eva B Coronado**
1501 E. Bowie
Harlingen, TX 78550
SSN: 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



| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **John Ventura**<br>Attorney at Law<br>62 E Price Rd<br>Brownsville, TX 78521<br>956-546-9398 | **William C Romo**<br>Office of the Trustee<br>400 N McColl Road<br>McAllen, TX 78501<br>956-686-3707 |

The case was assigned case number 03-10616 to Judge Richard S. Schmidt.

The filing of a bankruptcy case automatically stays certain actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.txs.uscourts.gov/ or at the Clerk's Office 515 Rusk Avenue, Houston, TX 77002.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.



Michael N. Milby
Clerk, U.S.
Bankruptcy Court

**PACER Service Center**