

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**ANDREW S. HANEN**
U.S. DISTRICT JUDGE

600 E. HARRISON STREET, #301
BROWNSVILLE, TEXAS 78520-7114
TEL: (956) 548-2591
FAX: (956) 548-2612

United States District Court
Southern District of Texas
FILED

JUN 0 4 2003

Michael N. Milby
Clerk of Court

June 4, 2003

Ms. Peggy S. Bittick
Law Offices of Peggy S. Bittick                     *Via-Facsimile*
One Themis Place
2400 South Texas Avenue
Pearland, Texas 77581

Mrs. Lecia Chaney
Rodriguez, Colvin & Chaney, L.L.P.                  *Via-Facsimile*
1201 E. Van Buren
Brownsville, Texas 78522

Mr. John Ventura
Law Offices of John Ventura, P.C.                   *Via-Facsimile*
62 E. Price Rd.
Brownsville, Texas 78520

    Re:    Cause No. B-03-053; *DIRECTV, Inc. vs. Juan Coronado a/k/a Joe Coronado and Jimmie Morgan*

Dear Counselors:

    On May 19, 2003, Jimmie Morgan, a Defendant in the above styled cause, filed his Amended Motion to Sever. On May 21, 2003, DIRECTV, Inc. ("DIRECTV") filed its opposition. That pleading was signed by counsel on that same day. On May 9, 2003, the Co-Defendant Juan Coronado filed a bankruptcy proceeding. A Notice of Automatic Stay was filed three days later with this Court.

    It is unclear to this Court whether the Motion to Sever and Response thereto took into account the bankruptcy filing. Therefore, both sides have up to and including June 13, 2003 to advise the Court by letter with copies to all counsel if this bankruptcy: (1) changes your client's position on the issue of severance; (2) affects your client's position on the consolidation plea contained in the response filed by DIRECTV; and/or (3) if the bankruptcy

moots the entire issue of severance since there will be a Stay in place for Juan Coronado. Further, counsel for Mr. Coronado shall respond to this Court with respect to his position, if he indeed has one, concerning the severance/consolidation issue.

Yours truly,

Andrew S. Hanen
United States District Judge

AH:ag