JOHN VENTURA
Board Certified Consumer
Bankruptcy Law, Texas Board
of Legal Specialization

ELLEN C. STONE

DANIEL WHITWORTH

RICHARD MLYNEK

**LAW OFFICES OF**

# JOHN VENTURA, P.C.

*Helping People When They Need It Most....*

Bankruptcy * Personal Injury * Consumer Law
62 E. Price Road • Brownsville Texas 78521
Tel: (956) 546-9398 •(956) 542-1478 Facsimile

McAllen Office:
711 Nolana Loop, Ste. 104
McAllen Texas 78504
(956) 630-2822

Harlingen Office:
623 E. Tyler Ave.
Harlingen Texas 78550
(956) 440-0398

June 9, 2003

VIA FAX 956/548-2612

United States District Court
Southern District of Texas
FILED
JUL 0 9 2003
Michael N. Milby
Clerk of Court

Honorable Andrew S. Hanen
United States District Judge
600 E. Harrison Street
Brownsville, Texas 78520

Re: Cause No. B-03-053; DIRECTV, Inc. vs Juan Coronado aka Joe Coronado and Jimmie Morgan

Dear Judge Hanen:

In response to your June 4, 2003, letter concerning the above referenced case, our position is that the automatic stay is in effect with regard to our client, Joe Coronado. Additionally, we have no position on the severance or consolidation issue.

Please feel free to contact me if you have any further questions regarding this matter.

Very truly yours,

John Ventura

:jv

cc: Mrs. Lecia Chaney
    Rodriguez, Colvin & Chaney, L.L.P.
    1201 E. Van Buren
    Brownsville, Texas 78522

cc: Ms. Peggy S. Bittick
    Law Offices of Peggy S. Bittick
    One Themis Place
    2400 South Texas Avenue
    Pearland, Texas 77581

```
************************************************************
*                    TRANSACTION REPORT                     *
*                                           JUN-10-2003 TUE 08:38 AM
*       FOR:
*  ────────────────────────────────────────────────────────
*  DATE  START    RECEIVER    TX TIME  PAGES TYPE    NOTE       M#  DP
*  ────────────────────────────────────────────────────────
*  JUN-10 08:37 AM 5482612      41"      2   SEND    OK             395
*  ────────────────────────────────────────────────────────
*                                    TOTAL :   41S PAGES:  2
************************************************************
```

| JOHN VENTURA | LAW OFFICES OF | McAllen Office: |
| Board Certified Consumer Bankruptcy Law, Texas Board of Legal Specialization | **JOHN VENTURA, P.C.** | Suite 104<br>711 Nolana Loop<br>McAllen Texas 78504<br>(956) 630-2822 |
| ELLEN C. STONE | *Helping People When They Need It Most....* | |
| DANIEL WHITWORTH | Bankruptcy * Personal Injury * Consumer Law<br>62 E. Price Rd. • Brownsville, Texas 78521 | Harlingen Office:<br>623 E. Tyler Ave.<br>Harlingen Texas 78550<br>(956) 440-0398 |
| RICHARD MLYNEK | Tel: (956) 546-9398 •(956) 542-1478<br>Facsimile<br>"Principal Office" | |

## FACSIMILE TRANSMITTAL

**TO:** Honorable Andrew S. Hanen    **Fax No.:** (956) 548-2612

**FROM:** John Ventura

**Date:** 6/10/03    **No. of Pages(incl.cover):** 2

**Re:** Juan Coronado    **Case/Cause No.** B-03-053

**MESSAGE:**