# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIRECTV, INC. Plaintiff, | § § § § | |
| V. | § | Civil Action No. B-03-053 |
| JUAN CORONADO A/K/A JOE CORONADO and JIMMIE R. MORGAN Defendants. | § § § § | Jury Trial Demanded |

## AGREED MOTION FOR CONTINUANCE FOR SCHEDULING CONFRENCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COME Plaintiff, DIRECTV, Inc., and Defendant, Jimmie R. Morgan, as Movant herein, and brings this Agreed Motion for Continuance of the hearing on Scheduling Conference, and in support hereof show the Court the following:

I.

This continuance is sought so that justice may be done, and not for purposes of delay.

II.

Scheduling Conference is scheduled for July 11, 2003, at 9:30am.

III.

All parties agree to this continuance.

**WHEREFORE, PREMISES CONSIDERED,** Movant request the Court to grant this Agreed Motion for Continuance, and to continue the hearing on Scheduling Conference for at least 1 month, and for such other and further relief that may be awarded at law or in equity.

Approved By:

*/s/ Peggy S. Bittick*

Peggy S. Bittick
Attorney for Defendant Jimmie R. Morgan
One Themis Place
2400 South Texas Avenue
Pearland, Texas, 77581
Tel: (281) 485-3500
Fax: (281) 485-0171

signed w/ permission
Samantha Taylor

*/s/ Lecia Chaney*

Lecia Chaney
Attorney for DIRECTV, Inc.
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
Brownsville, Texas, 78522
Tel: (956)542-7441
Fax: (956)541-2170

signed w/ permission
Samantha Taylor

## CERTIFICATE OF SERVICE

I certify that on July 10, 2003 a true and correct copy of Agreed Motion to Continue Hearing on Scheduling Conference was served to each person listed below by the method indicated.

*/s/ Peggy S. Bittick*

Peggy S. Bittick

| | |
|---|---|
| Lecia Chaney | ___ Certified mail, return receipt requested |
| Attorney for DIRECTV, Inc. | ___ Personal delivery |
| Rodriguez, Colvin & Chaney, L.L.P. | ___ Private delivery |
| 1201 East Van Buren | _X_ Facsimile transfer |
| Brownsville, Texas  78522 | |
| TEL: (956)542-7441 | |
| FAX: (956)541-2170 | |

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC. | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Civil Action No. B-03-053 |
| | § | |
| JIMMIE R. MORGAN AND JUNA | § | |
| CORONADO A/K/A JOE | | |
| CORONADO | | |
| Defendants. | § | Jury Trial Demanded |

### ORDER GRANTING
### AGREED MOTION FOR CONTINUANCE

On _____, the Court considered the Agreed Motion to Continue Hearing on Scheduling Conference, and after reviewing the evidence and hearing the arguments, the Court finds that the Motion should be GRANTED.

**IT IS THEREFORE ORDERED** that the above-styled and -numbered cause be continued until _____.

SIGNED on _____, 2003.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

_____
Peggy S. Bittick
Attorney for Defendant, Jimmie R. Morgan
One Themis Place
2400 South Texas Avenue
Pearland, Texas, 77581
Tel: (281) 485-3500
Fax: (281) 485-0171

_____
Lecia Chaney
Attorney for DIRECTV, Inc.
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
Brownsville, Texas, 78522
Tel: (956)542-7441
Fax: (956)541-2170

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC. | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Civil Action No. B-03-053 |
| | § | |
| JIMMIE R. MORGAN AND JUNA | § | |
| CORONADO A/K/A JOE | | |
| CORONADO | | |
| Defendants. | § | Jury Trial Demanded |

## ORDER SETTING HEARING

The above and foregoing Agreed Motion to Continue Hearing on Scheduling Conference having been presented and duly considered, the Court is of the opinion that a hearing on same is necessary.

**IT IS THEREFORE ORDERED** that said Motion is set for hearing on _____ at ____, in the Judicial District Court of _____ County, Texas.

**SIGNED** on _____, 2003.

_____
JUDGE PRESIDING



# Peggy S. Bittick
Attorney & Mediator

# FAX TRANSMISSION

| FROM: | Peggy S. Bittick | | |
|---|---|---|---|
| ATTENTION: | Irma Soto | | |
| COMPANY: | United States District Court | | |
| PHONE: | (956)548-2500 | FAX: | (956)548-2598 |
| SUBJECT: | Civil Action No. B-03-053; DIRECTV, Inc. v. Juan Coranado a/k/a Joe Coranado and Jimmie R. Morgan | | |
| DATE: | July 10, 2003 | PAGES (INCLUDING THIS ONE): | 6 |

**If you do not receive all pages as indicated, please contact sender at 281.485.3500 or 281.333.2223 immediately.**

Agreed Motion for Continuance

2003 JUL 10 PM 5:08

**CONFIDENTIALITY NOTICE:** THE INFORMATION CONTAINED IN THIS MESSAGE AND THE ACCOMPANYING DOCUMENTS IS CONFIDENTIAL INFORMATION THAT IS LEGALLY PRIVILEGED AND INTENDED ONLY FOR THE USE OF THE NAMED RECIPIENT. IF THE READER OF THIS MESSAGE IS NOT THE NAMED RECIPIENT OR AN EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS TELECOPY TO THE NAMED RECIPIENT, PLEASE NOTIFY US IMMEDIATELY TO ARRANGE FOR THE RETURN OF THE ORIGINAL DOCUMENTS TO US. YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, DISCLOSURE, COPYING, DISTRIBUTION, OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED.