IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 11 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DIRECTV, INC. | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Civil Action No. B-03-053 |
| | § | |
| JIMMIE R. MORGAN AND JUNA CORONADO A/K/A JOE CORONADO | § | |
| Defendants. | § | Jury Trial Demanded |

## ORDER GRANTING
## AGREED MOTION FOR CONTINUANCE

On July 11, 2003, the Court considered the Agreed Motion to Continue Hearing on Scheduling Conference, and after reviewing the evidence and hearing the arguments, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the above-styled and -numbered cause be continued until August 8, 2003 @ 9:30

SIGNED on July 11, 2003.

_____
JUDGE PRESIDING