IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 8 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DIRECTV, INC. | § |
| Plaintiff, | § |
| | § |
| V. | § Civil Action No. B-03-053 |
| | § |
| JIMMIE R. MORGAN AND JUNA | § |
| CORONADO A/K/A JOE | |
| CORONADO | |
| Defendants. | § Jury Trial Demanded |

## AGREED MOTION FOR CONTINUANCE
## OF TELEPHONIC SCHEDULING CONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiff, DIRECTV. Inc., and Defendant, Jimmie R. Morgan and, as Movant herein, and brings this Agreed Motion for Continuance of the hearing on Telephonic Scheduling Conference, and in support hereof show the Court the following:

I.

This continuance is sought so that justice may be done, and not for purposes of delay.

II.

Telephonic Scheduling Conference is scheduled for August 8, 2003, at 9:30 a.m.

III.

All parties agree to this continuance.

**WHEREFORE, PREMISES CONSIDERED**, Movant request the Court to grant this Agreed Motion for Continuance, and to continue the hearing on Telephonic Scheduling Conference until September 2, 2003 at 2:00 p.m., and for such other and further relief that may be awarded at law or in equity.

Approved By:

*Peggy S. Bittick* By Permission: Kelly Perusse

Peggy S. Bittick
Attorney for Defendant Jimmie R. Morgan
One Themis Place
2400 South Texas Avenue
Pearland, Texas, 77581
Tel: (281) 485-3500
Fax: (281) 485-0171

---

Lecia Chaney
Attorney for DIRECTV, Inc.
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
Brownsville, Texas, 78522
Tel: (956)542-7441
Fax: (956)541-2170

## CERTIFICATE OF SERVICE

I certify that on August 7, 2003 a true and correct copy of Agreed Motion to Continue Hearing on Telephonic Scheduling Conference was served to each person listed below by the method indicated.

*Peggy S. Bittick* By Permission: Kelly Perusse

Peggy S. Bittick

Lecia Chaney
Attorney for DIRECTV, Inc.
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
Brownsville, Texas 78522
TEL: (956)542-7441
FAX: (956)541-2170

__ Certified mail, return receipt requested
__ Personal delivery
__ Private delivery
_X_ Facsimile transfer

APPROVED AS TO FORM:

*Peggy S. Bittick* By Permission: Kelly Perusse

Peggy S. Bittick
Attorney for Defendant, Jimmie R. Morgan
One Themis Place
2400 South Texas Avenue
Pearland, Texas, 77581
Tel: (281) 485-3500
Fax: (281) 485-0171

---

Lecia Chaney
Attorney for DIRECTV, Inc.
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
Brownsville, Texas, 78522
Tel: (956)542-7441
Fax: (956)541-2170