United States District Court
Southern District of Texas
ENTERED
AUG 0 8 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| DIRECTV, INC. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-053 |
| | § | |
| JIMMIE R. MORGAN AND JUAN | § | |
| CORONADO A/K/A JOE CORONADO | § | |

### ORDER SETTING HEARING

The above and foregoing Agreed Motion to Continue Hearing on Scheduling Conference having been presented and duly considered, the Court is of the opinion that a hearing on same is necessary,

**IT IS THEREFORE ORDERED** that said Scheduling Conference is hereby set for September 2, 2003 at 1:30 p.m. There will be **no** further continuances granted. Counsel who do not attend shall be discharged from the representation of their clients and replaced by a substitute attorney. Attorneys may attend telephonically from a land based phone if prior arrangements are made with the Case Manager.

DONE in Brownsville, Texas on this the ____ day of August, 2003.

Andrew S. Hanen
United States District Judge