IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC. | § | |
| | § | |
| | § | |
| V. | § | CIVIL NO. B-03-053 |
| | § | |
| JIMMIE R. MORGAN AND JUAN | § | |
| CORONADO A/K/A JOE CORONADO | § | |

## ORDER

On the 2nd day of September, 2003, the Court held its Rule 16 Scheduling Conference and hereby Orders that Jimmie R. Morgan be severed into Civil Action No. B-03-154.

Further, the Court Orders that Directv, Inc. v. Jimmie R. Morgan be assigned to the Honorable Hilda G. Tagle, United States District Judge. All case settings in this matter will be assigned by Judge Tagle.

Signed this 3rd day of September, 2003.

Honorable Andrew S. Hanen
United States District Judge