UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

SEP 1 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIRECTV, Inc. | § | |
|    Plaintiff | § | |
| | § | CIVIL ACTION NO. B-03-053 |
| v | § | |
| | § | |
| JIMMIE MORGAN AND JUAN | § | |
| CORONADO A/K/A JOE CORONADO | § | |
|    Defendants | § | |

### MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JUAN CORONADO, (hereinafter "Defendant"), by and through his attorneys, the Law Offices of John Ventura, P.C., files this Motion to Dismiss and would show as follows:

#### A. Introduction

1. Plaintiff is DIRECTV, Inc. Defendants are Jimmie Morgan and Juan Coronado a/k/a/ Joe Coronado.

2. Defendant Juan Coronado a/k/a is a Debtor in a Chapter 7 Case No. 03-10616-B-7 that was filed on May 9, 2003. Plaintiff alleges it is a creditor of Defendant. The Defendant's Chapter 7 case was discharged on August 21, 2003.

#### B. Argument

3. The Court has authority to dismiss a suit where the debt being sued upon has been discharged in the bankruptcy case. A copy of the discharge order is attached as Exhibit "A". The Plaintiff failed to object to the dischargeability of its claim within the time frame for objections under Fed. R. Bankruptcy P. 4004(a).

4.  Plaintiff did not object to the dischargeability of its claim of the Chapter 7 case.

5.  The principal goal of bankruptcies is the discharge which frees the Debtor from personal liabilities on debts and provides the Debtor with a fresh start.

### C. Conclusion

6.  Because Defendant's bankruptcy case has been discharged and Plaintiff has not stated a cliam upon which relief can be granted, the Court should therefore dismiss Plaintiff's complaint against Juan Coronado.

Signed:  September 15, 2003.

Respectfully submitted,
LAW OFFICES OF JOHN VENTURA, P.C.

By: /s/ JOHN VENTURA
JOHN VENTURA
Texas Bar No. 20545700
Federal Id No. 1646
DANIEL WHITWORTH
Texas Bar No. 24008275
Federal Id No. 23119
62 E. Price Rd.
Brownsville, Texas 78521
(956) 546-9398
(956) 542-1478 facsimile
ATTORNEYS FOR JUAN CORONADO

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 15, 2003, a true and correct copy of the foregoing Motion to Dismiss was sent via certified mail, return receipt requested to:

Lecia L. Chaney  
Rodriguez, Colvin & Chaney  
1201 E. Van Buren  
P. O. Box 2155  
Brownsville, Texas 78522-2155

Robert A. Swofford  
One Moody Plaza, 18th Floor  
Galveston, Texas 77550

Peggy S. Bittick  
Law Offices of Peggy Bittick  
2400 S. Texas Ave.  
One Themis Pl  
Pearland, Texas 77581

/s/ John Ventura  
John Ventura  
Daniel Whitworth

B27J (Official Form 27)
(Rev 10/87)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Texas

In re: Juan Coronado, 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, Eva B
Coronado, 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

Bankruptcy Case No.: 03-10616 - rss

Chapter: 7

Debtor*
Social Security No.: 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
Employer Tax ID No.:

Joint Debtor*
Social Security No.: 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
Employer Tax ID No.:

### DISCHARGE OF JOINT DEBTORS

It appears that the persons named above filed a petition commencing a joint case under title 11, United States Code on 05/09/03, that an order for relief was entered under chapter 7, and that no complaint objecting to the discharge of the debtors was filed within the time fixed by the court [or that a complaint objecting to dischargeof one or both of the debtors was filed and, after due notice and hearing, was not sustained].

**IT IS ORDERED THAT:**

1. The above-named debtors is released from all dischargeable debts.

2. Any judgment heretofore or hereafter obtained in any court other than this court is null and void as a determination of the personal liability of the debtor with respect to any of the following:

   (a) debts dischargeable under 11 U.S.C. § 523;

   (b) unless heretofore or hereafter determined by order of this court to be nondischargeable, debts alleged to be excepted from the discharge under clauses (2), (4) and (6) of 11 U.S.C. § 523 (a);

   (c) debts determined by this court to be discharged.

3. All creditors whose debts are discharged by this order and all creditors whose judgments are declared null and void by paragraph 2 above are enjoined from instituting or continuing any action or employing any process or engaging in any act to collect such debts as personal liabilities of the above named debtor

08/21/03
Date

Richard S Schmidt
Bankruptcy Judge

*Set forth all names, including trade names, used by the debtor within the last 6 years (Bankruptcy Rule 1005) For joint debtors set forth both social security numbers



EXHIBIT "A"

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc. | § | |
|     Plaintiff | § | |
| | § | CIVIL ACTION NO. B-03-053 |
| v | § | |
| | § | |
| JIMMIE MORGAN AND JUAN | § | |
| CORONADO A/K/A JOE CORONADO | § | |
|     Defendants | § | |

## ORDER OF DISMISSAL

Came on for consideration before this court, Defendant Juan Coronado a/k/a Joe Coronado's Motion to Dismiss Plaintiff Directv, Inc.'s Original Complaint and after consideration, the Court FINDS that this matter should be dismissed. It is therefore

ORDERED that Plaintiff's complaint against Juan Coronado is hereby dismissed with prejudice.

Signed: _____

_____
JUDGE PRESIDING