UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DIRECTV, Inc. | § |
|     Plaintiff | § |
| | §   CIVIL ACTION NO. B-03-053 |
| v | § |
| | § |
| JIMMIE MORGAN AND JUAN | § |
| CORONADO A/K/A JOE CORONADO | § |
|     Defendants | § |

## ORDER OF DISMISSAL

Came on for consideration before this court, Defendant Juan Coronado a/k/a Joe Coronado's Motion to Dismiss Plaintiff Directv, Inc.'s Original Complaint and after consideration, the Court FINDS that this matter should be dismissed. It is therefore

ORDERED that Plaintiff's complaint against Juan Coronado is hereby dismissed with prejudice.

Signed: _9-22-2003_

_____
JUDGE PRESIDING