29

United States District Court
Southern District of Texas
FILED

OCT 1 4 2003

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **DIRECTV, Inc.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **No. CIV.: B-03-053** |
| **V.** | § | |
| | § | |
| **JUAN CORONADO, A/K/A JOE** | § | |
| **CORONADO, and JIMMIE MORGAN,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

### PLAINTIFF DIRECTV, INC.'S DESIGNATION OF EXPERTS

Now comes DIRECTV, Inc. ("DIRECTV"), plaintiff in the above-styled action, and

provides this Designation of Experts under Rule 26(a)(2) of the Federal Rules of Civil

Procedure, as follows:

#### Proposed Expert Witnesses

Lecia Chaney
Rodriguez, Colvin & Chaney
1201 East Van Buren
P. O. Box 2155
Brownsville, Texas 78522

Ms. Chaney's testimony will involve the reasonableness of attorney's fees incurred in the
prosecution of this matter and will be based on her years of practice as an attorney and billing
invoices related to this case. Currently, reasonable attorney fees are incurred by DIRECTV at a
rate of between $ 175.00 and $225.00 per hour relating to the pursuit of defendants. DIRECTV
has also incurred recoverable costs relating to this case. Finally, additional fees will be incurred
for ongoing discovery and in preparation for trial of this matter.

Michael Barr
Bill Gatliff
Netrino, LLC
1024 Spa Road, Suite J
Annapolis, MD 21403
(443) 482-9012

Netrino's testimony will be delivered by Mr. Barr as provided in the attached report. The testimony will involve the utility of devices distributed by Fulfillment Plus based on other witness testimony and reports on the products distributed and purchased by defendants. Statements and/or summaries relating to the proposed opinion testimony by Netrino are provided as Attachment "A," incorporated hereto. More specifically, in reaching their opinions regarding the ability of devices obtained from Canadian Security and Technology, Netrino will rely on (1) past expert reports, (2) witness statements from people who purchased devices like those purchased by defendant, and (3) website documents. These documents were provided in CD-ROM form to defendant with initial disclosures. Finally, Mr. Barr's statements regarding his qualifications are attached. In the event that other device purchases are uncovered through further discovery, Netrino may provide opinions related to the use and operation of those devices.

Additionally, DIRECTV has not retained nor "specially employed" other individuals to provide expert testimony in this case. However, due to the specialized nature of the evidence, testimony from the following individuals may extend into areas covered by Rule 702, 703 or 705 of the Federal Rules of Evidence:

James E. Wells
Director, Office of Signal Integrity
DIRECTV, Inc.
c/o Rodriguez, Colvin & Chaney
1201 East Van Buren
P. O. Box 2155
Brownsville, Texas 78522

Mr. Wells will testify as to the utility of the devices manufactured by various companies, purchased by defendants in this case. More specifically, the devices purchased by defendants allow for unauthorized access to DIRECTV satellite signals. This individual will also testify as to the evidence relating to defendants' use of these devices and the damages caused by such illicit use.

Scott Madvig
c/o Kevin Hizon, Law Offices of Curtis C. Chen & Assoc.
7777 Center Ave., Suite 560
Huntington Beach, CA 92647

Bruce Turner
c/o Karl Huish
Huish, Campbell
4647 N. 32nd Street, Suite 201
Phoenix, AZ 85018

Scott McNeal
McNeal Investigations
30011 Ivy Glenn, Suite 114
Laguna Niguel, CA 92677

Steven P. Hutt
c/o Charles Wagman
Wagman Sherkin
756A Queen Street East, Suite 200
Toronto, Ontario, M4M 1H4

Derek Trone
c/o Joel Pipes, Esq.
1350 Cabrillo Park Drive
Unit D
Santa Ana, California 92701

Art J. Deery
c/o Robert G. Riffner
Riffner, Barber, Scott & Stephanowichz
1920 North Thoreau Drive, Suite 100
Schaumburg, IL. 60173
(847) 303-0107


        DIRECTV incorporates any designation of expert witnesses filed by Defendants and
reserves the right to call expert witnesses designated therein or witnesses to be used for rebuttal
or impeachment, which cannot be presently anticipated.

                                        Respectfully submitted,

                                By:_____
                                        Lecia Chaney
                                        Attorney in Charge
                                        Federal Id No. 16499
                                        Texas State Bar No. 00785757
                                        Rodriguez, Colvin & Chaney, L.L.P.
                                        1201 E. Van Buren
                                        Brownsville, TX 78522

**OF COUNSEL:**

**Robert Swofford**
Federal ID No.  19403
Texas State Bar No.  00791765
**Kelly-Ann F. Clarke**
Federal ID No. 27195
Texas State Bar No. 24027929
**Joseph R. Russo, Jr.**
Federal ID No. 22559
Texas State Bar No. 24002879
**Joe A. C. Fulcher**
Federal ID No. 14126
Texas State Bar No. 07509320
**GREER, HERZ & ADAMS, L.L.P.**
One Moody Plaza, 18th Floor
Galveston, Texas 77550
(409) 797-3200 Telephone
(409) 766-6424 Facsimile

## CERTIFICATE OF SERVICE

This is to certify that on the 14th day of October, 2003, I served the foregoing document on opposing counsel and/or pro se Defendants in the foregoing matter by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon as follows:

Lecia Chaney

EXPERT REPORT AND DISCLOSURES OF MICHAEL BARR OF NETRINO, LLC

## I. About Netrino, LLC

Netrino, LLC ("Netrino") is an engineering services company specializing in the analysis and design of embedded systems. Netrino has been retained by DIRECTV to provide expert testimony in relation to DIRECTV's claims. In connection therewith, experts working for Netrino have reviewed publicly available information on methods of circumventing conditional access controls to illegally receive DIRECTV programming; publicly available information regarding smartcards (including the ISO7816 standards), and devices provided by DIRECTV.

The Netrino expert who is likely to testify is Michael Barr. In compliance with Federal Rule of Procedure 26, attached hereto as Schedule 1 is Mr. Barr's curriculum vitae, a list of all publications he has authored in the past 10 years, a disclosure of all matters in which he has provided trial or deposition testimony in the past 4 years, and a disclosure of his compensation arrangement from DIRECTV. Similar information is provided for Bill Gatliff, another Netrino expert who performed analysis on device(s) at issue in these cases.

Netrino experts were provided with devices distributed by various distributors. Netrino experts analyzed several different types of products distributed by those venders. Reports that reflect the analysis on individual products and the experts' opinions are attached hereto as Schedule 2.

In addition, Netrino provides this overview of DIRECTV's conditional access system and the pirate access devices used to illegally circumvent that system.

## II. General Opinions and Basis for Opinions

### A. DIRECTV's conditional access system

The components used with DIRECTV systems of relevance to this report are the satellite dish, the receiver unit, the access card, including any cabling, and the various devices discussed below. The receiver unit in conjunction with the DIRECTV access card performs the function of converting DIRECTV's encrypted satellite signal captured by a mini-dish to a signal viewable on a television monitor.

DIRECTV's integrated receiver/decoder ("IRD") is authorized by DIRECTV to be used to view DIRECTV's programming. An IRD is a VCR-like device placed near the television that receives DIRECTV's encrypted signal from the subscriber's satellite dish. The IRD processes and decrypts portions of the incoming signal using a DIRECTV access card.

DIRECTV access cards are smartcards. A smartcard is a credit card-like device that contains an embedded computer chip. The chips on DIRECTV smart cards contain DIRECTV-specific software used to: (1) provide authorization to decrypt DIRECTV satellite broadcasts for customers that have paid for those services; and (2) record pay-per-view purchases that are later

EXPERT REPORT OF NETRINO, LLC        1

downloaded to DIRECTV for billing purposes. Because DIRECTV smartcards control access to programming, they are often referred to as "access cards."

### B. Devices Used For Piracy Of DIRECTV Satellite Broadcasts

Illegally Programmed Access Cards

DIRECTV uses security measures to prevent DIRECTV's access cards from being compromised and overwritten. Nevertheless, individuals who hack DIRECTV's satellite programming can, with specially designed equipment, reprogram DIRECTV access cards. Some reprogramming will only permit the user to remove pay-per-view purchases that have been logged on to the access card so that the customer will not be billed for those purchases. Other reprogramming methods provide the user access to all satellite programming provided by DIRECTV. In the simplest form, individuals and businesses involved with satellite piracy will market and sell reprogrammed DIRECTV access cards to customers, or, sell and market devices to facilitate reprogramming DIRECTV access cards to allow them to gain access to DIRECTV programming without authorization.

Smartcard Reader/Writers

Smartcard Reader/Writers are devices that read data from, and write data to, smartcards. Typically, pirates modify the Electronically Erasable Programmable Read-Only Memory ("EEPROM") of a DIRECTV access card. EEPROM memory stores information that will change during the life of the smartcard but that survives even if power is removed from the card.

Because of certain software vulnerabilities in DIRECTV access cards, satellite pirates are able to modify the internal software without manipulating the smartcard's voltage or clock. DIRECTV has eliminated many of these software vulnerabilities through over-the-air software updates sent by DIRECTV's engineering team. Once an access card has received a software update that fixes its EEPROM memory, satellite pirates must resort to other electronic devices designed to hack these access cards. These devices are discussed below.

Electronic Counter Measures

DIRECTV periodically sends out electronic signals that target illegally modified access cards. These signals, known as Electronic Counter Measures ("ECM's"), locate illegally modified cards and disable them electronically so they can no longer receive DIRECTV programming for free. An ECM is used to send illegally modified access cards into an endless "loop" so they are no longer capable of receiving DIRECTV signals. Furthermore, some ECMs irreversibly change a component of the access card to prevent unauthorized access to DIRECTV's signals.

On January 21, 2001 DIRECTV sent out a particularly effective ECM that caused an irreversible change to a certain component of illegally modified access cards. That ECM, referred to as "Black Sunday" by satellite pirates, was targeted at illegally modified access cards and resulted in the disabling of an unknown number of illegally modified cards that were being

used to steal DIRECTV's television programming. Black Sunday was extremely effective and left a large number of satellite pirates and would-be satellite pirates without an ability to steal DIRECTV's programming.

Unloopers & Atmel Chips

An unlooper restores functionality to access cards that were disabled by misuse or DIRECTV's ECM's. Unloopers can break the loop caused by the looping ECM. Breaking the loop enables the access card to once again illegally receive DIRECTV programming for free.

An unlooper enables a hacker to read a region of access card memory and write to any region of EEPROM memory, regardless of whether the card has received any of DIRECTV's software updates. An unlooper acts as a smartcard reader/writer (see above), but also includes design components whose sole function is to program and manipulate the voltage and clock in a manner that intentionally fails to conform to the ISO7816 standard. The only known application of this clock/voltage manipulation capability (often referred to as "glitching") is to hack, or attempt to hack, a DIRECTV access card.

The unlooper causes the access card microprocessor to skip an instruction when a clock/voltage manipulation (a.k.a. "glitch") is performed by a hacker. By glitching at a precise time in the smartcard instruction sequence, the unlooper activates DIRECTV access cards diagnostic and test code in ROM (Read-Only Memory) that was never intended to execute outside of the smartcard manufacturing context. The glitch causes the access card microprocessor to begin executing this diagnostic and test code, which contains instructions to read all EEPROM memory or write-over the EEPROM memory.

Satellite pirates are now selling unloopers both with the "glitching" software pre-flashed or loaded and without software pre-flashed. "Pre-flashing" means that the unlooper's microprocessor (typically an Atmel AVR microcontroller) contains software that is utilized to gain access to DIRECTV programming without authorization. While there are various types of pirate software code, some common names for different software used by satellite pirates are "SU2" code, "WT2" code, and "WTX" code. The unlooper's glitching capability only serves one purpose — modifying access cards to enable the restoration of their ability to receive unlimited programming without payment to or authorization from DIRECTV. The glitching capability of these devices would be of no use with any smartcard other than a DIRECTV access card. Indeed, such glitches would likely damage other types of smartcards.

Satellite pirates selling unloopers without software sometimes claim the devices have lawful uses. These claims do not withstand closer scrutiny given that: (1) the electronic components and interconnects necessary to perform voltage/clock glitching are still present regardless of whether the software is loaded; (2) the unlooper is significantly more complex than an ISO7816 Smartcard Reader (indicating that this capability is not an unintentional side effect); and (3) there is no known purpose for this glitching capability other than to hack a DIRECTV access card. Indeed, the term "unlooper" was coined specifically to refer to devices that restore functionality to illegally modified DIRECTV access cards.

EXPERT REPORT OF NETRINO, LLC      3

Unloopers are specifically designed and sold for the purpose of circumventing DIRECTV conditional access system, and they assist users in the unauthorized decryption of DIRECTV satellite transmissions of television programming. Unloopers have no commercially significant purpose other than to circumvent the DIRECTV access system.

Bootloader

A "bootloader," also known as a "bootboard", "Terminator PSB", or "dpbb," was initially designed to specifically overcome the effects of DIRECTV's Black Sunday ECM which targeted illegally modified DIRECTV access cards. A bootloader is a printed circuit board inserted into the user's IRD in place of a valid DIRECTV access card. The bootloader is then connected to a disabled DIRECTV access card and used to view DIRECTV's satellite television programming without authorization by (or payment to) DIRECTV. The sole purpose of a bootloader is to steal DIRECTV's signals by restoring functionality to illegally modified access cards that have been disabled by DIRECTV ECMs.

A bootloader is primarily designed or produced for the purpose of circumventing DIRECTV's conditional access system, is primarily of assistance in the unauthorized decryption of DIRECTV'S satellite transmissions of television programming and has no commercially significant purpose or use other than to circumvent the DIRECTV conditional access system.

Emulator

An "emulator" allows a user to mimic access card functions in order to circumvent DIRECTV's access control measures. An emulator is a printed circuit board device that imitates the functions of a DIRECTV access card. Generally, the circuit board is inserted into the IRD where the access card would normally go. The circuit board device is the same width and thickness of an access card. However, the board is longer than an access card so that various chips and connections can fit on the end. At the end of the board that is inserted in the IRD, there are metal contacts that line up identically to the gold contacts on the access card. The exposed end of the circuit board has connections for a cable to link it to a computer. The computer runs pirate software that emulates or simulates the functions of a DIRECTV access card.

Emulators are primarily used for circumventing access control technology. In order to mimic the function of an access card and write the pirate software, the access card initially needs to be reverse engineered to extract the embedded software. All smart cards have encryption schemes to protect the software and these encryption schemes must be defeated in order for the software to be extracted and in order for the emulation program to be written.

No software, however, can emulate the area of a DIRECTV access card known as the Application Specific Integrated Circuit ("ASIC") which plays a primary role in video decryption. Thus, even if an emulator tells the IRD that a channel is authorized for viewing, the ASIC on a real DIRECTV access card must be used to help decrypt the signal. Satellite pirates accomplish this by using the ASIC of an AUX card.

EXPERT REPORT OF NETRINO, LLC        4

The process is generally achieved by connecting a card programmer with an altered access card in it to another communication port of the computer. The "altering" done to the access card is known as "AUXing" the card or turning it into an "AUX" card. An AUX card is nothing more than a DIRECTV access card which does not accept any commands except from the pirate software to help decrypt video using the ASIC. Thus, after the pirate software generates a video decryption key with the help of the ASIC on the AUX card, the key is sent to the IRD enabling it to decrypt video. An additional benefit of the AUX cards is that it is safe from ECMs. Since it only responds to a command to help decrypt video other commands such as "loop the card" or "self destruct" are ignored.

When the printed circuit board of the emulator is inserted in the IRD the IRD thinks it is communicating with a regular DIRECTV access card and sends and receives data normally. What the IRD doesn't know is that instead of the data being sent to the access card, the emulator is forwarding the data to a computer. The computer runs illegal software enabling the individual to view DIRECTV's satellite television programming without authorization by or payment to DIRECTV. Additionally, pirate device manufacturers have created standalone devices that provide unauthorized access to DIRECTV satellite programming by replacing the computer in this setup with a dedicated embedded system that is made part of the emulator device.

## C. Specific Devices at Issue in These Cases.

Netrino expert opinions regarding the design, function, and purpose of the pirate access devices at issue in these cases, all of which were manufactured and/or sold by the vendors, are attached hereto as Schedule 2.

## D. Exhibits and/or Demonstrations to Be Used

In addition to the Exhibits attached to Schedule 2, Netrino's testifying expert, and/or DIRECTV may use the following at trial to summarize or support the opinions expressed herein: (i) a sample or specimen of the devices purchased by the defendant; (ii) a demonstration of the pirate access software commonly used in conjunction with the devices; and (iii) an actual or videotaped demonstration of the devices being used to pirate DIRECTV signal.

## E. Analysis

The current analysis is provided based on information reviewed to date. The facts and information obtained in discovery and investigation may alter the report and/or the conclusions reached herein.

This report and the exhibits attached to it summarize my opinion as of September 4, 2003.

*Michael Barr*   9/4/03

Michael Barr
Netrino, LLC

## SCHEDULE 1

## <u>EXPERT DISCLOSURES</u>

The curriculum vitae for Michael Barr and Bill Gatliff and a list of publications are attached hereto.

Bill Gatliff and Michael Barr are paid $250 per hour for expert analysis performed in relation to this lawsuit. For time spent providing expert testimony in depositions or at trial, Mr. Gatliff and Mr. Barr are paid $350 per hour.

Netrino

# Curriculum Vitae of **Michael Barr**

**Summary**  Electrical engineer with formal background in computer science and over a decade of programming, teaching, and business experience.  Familiar with all aspects of the analysis, design, and implementation of real-time embedded software and device drivers.

| | |
|---|---|
| **Languages** | C, C++, Java, Assembly (several), and Visual Basic |
| **Processors** | Microchip PIC, Intel 80x86, SPARC, TI DSP, Motorola 68k, and PowerPC |
| **Operating Systems** | VxWorks, VRTX, Windows, DOS, Linux, and Solaris |
| **Network Protocols** | TCP/IP and UDP/IP, CEBus, and ISDN |

## Ongoing Activities

**Lecturer**                                                                            Sep 2000 - present

*University of Maryland, College Park, MD*

- Member of the adjunct faculty of the Department of Electrical and Computer Engineering.
- Taught operating systems theory and internals to senior undergraduate and graduate students.
- Designed and supervised independent study projects related to real-time embedded software development.

**Editor-in-Chief**                                                                        Feb 1999 - present

*Embedded Systems Programming, San Francisco, CA*

- Editor-in-chief for *Embedded Systems Programming*, a monthly technical journal with over 50,000 subscribers.
- Supervised the editorial staff and process, and worked closely with the publisher and advertising sales team.
- Wrote feature articles, special reports, and a monthly column on various issues of concern to embedded systems designers.
- Located prospective authors and worked with them to develop their technical knowledge and ideas into articles.
- Selected feature articles for publication and planned the content of each issue.
- Edited all published articles and columns for quality and technical accuracy.
- Acted as technical consultant and embedded software expert to other CMP Media magazines, websites, and conferences.

1

Netrino

**Advisor, Speaker**                                                    Jan 2001 - present
*Embedded Systems Conference, San Francisco, CA*

- Member of the Advisory Board for the popular annual Embedded Systems Conferences.
- Provided industry viewpoint and observations on ongoing and emerging trends in the marketplace.
- Suggested possible new course and panel topics and speakers for future events.
- Taught courses on embedded programming in C, C++, and Java, led panel discussions, and moderated birds-of-a-feather discussions (since 1998).

## Engineering Experience

**Senior Consultant**                                  Sep 1999 - May 2000, Jan 2002 - Aug 2003
*Baltimore Therapeutic Equipment, Hanover, MD*

- Fixed bugs in an assembly language program for a Microchip PIC16C67 processor. The processor was embedded within a piece of physical therapy equipment.
- Designed the firmware for two different products based on that same chip. The new design was implemented entirely in C, by taking advantage of some compiler extensions for the PIC, and was easily re-compiled to run on either hardware platform.
- Developed algorithms for low-level machine control. These algorithms included code to control a mechanical brake via PWM and closed loop feedback, calibrate that brake's force output curve, and prevent user injury in the event of a communications failure.
- Designed and implemented a flash bootloader to allow the firmware in the PIC to be quickly and easily upgraded in the field.
- Designed and implemented a hierarchical state machine to be run on an AMD188ES-based Tern controller. The resulting state machine drives a motor and controls the operational modes and behaviors of high-end physical therapy equipment.
- Designed and implemented bootloaders for three embedded systems, making the application firmware stored in each flash upgradable in the field.

**Senior Consultant**                                  Oct 1998 - Feb 1999, Feb 2001 - Sep 2001
*Hughes Network Systems, Gaithersburg, MD*

- Independently developed and described the software architecture for a complex, multi-processor digital settop box to be jointly developed by Hughes Network Systems, America Online, and DirecTV. The suggested architecture was based on my work on a similar product several years before (see below), as well as an immense list of product requirements stemming from the three partners. The design was implemented by a team of engineers.
- Working as part of a team, designed and implemented software to add digital video recording capabilities (much like TiVo's) to this same product. Our software was written in C and ran on the VxWorks real-time operating system.

2

**Principal Software Engineer**                                                      Jun 1997 - Sep 1998

*TSI TelSys, Columbia, MD*

- Wrote software in Java to convert any valid Java program into a synthesizable hardware design, in Verilog.
- Developed Solaris and Windows NT device drivers for a PCI-based reconfigurable coprocessor card.
- Led the effort to produce and sell a development and prototyping platform for users of the microSPARC-IIep processor.
- Designed and implemented a set of development tools for designers of applications based on reconfigurable computing technology.
- Wrote an InstallShield application for distributing the above software to computers running Windows 95/98/NT.

**Embedded Software Engineer**                                                      Jun 1994 - May 1997

*Hughes Network Systems, Gaithersburg, MD*

- Developed a Windows NT device driver for a high-speed I/O device on a PCI card.
- Successfully led a short-term, three-person project to resolve a software problem that had been plaguing internally-developed test equipment for more than six-months.
- Implemented the CEBus network protocol in a high-volume consumer electronics product. Coordinated with engineers at Hitachi in Japan to design the application-layer interface between our product and a digital VCR.
- Wrote and optimized an Ethernet driver for the Intel 82596 LAN Coprocessor.
- Developed my own implementation of the UDP/IP protocol stack that included BOOTP, TFTP, and ARP client software, but only required 8-kilobytes of memory--a ten-fold decrease over the commercial package we had been using.
- Ported the VRTX and VxWorks board support packages to multiple internally-designed hardware platforms. Boards were primarily based on Intel 80188Ex, i960, and PowerPC processors.
- Maintained and supported a proprietary operating systems API for VRTX, VxWorks, and other commercial real-time operating systems. The standardization of the operating system calls increased the portability of application software--and programmers--across projects.

**Software Engineer**                                                              Jul 1992 - May 1994

*Department of Communication Services, College Park, MD*

- Designed and implemented an automated system to convert e-mail to speech and forward it to the voice-mail box of the intended recipient. The system became popular and was used throughout the department.
- Created an ISDN telephone from a personal computer and a PC/ISDN board. A debugging feature of the software allowed the computer-phone to be used as a Q.921/Q.931 communications monitor.
- Developed a Windows interface for an AT&T ISDN voice/data telephone. The program not only controlled the telephone, but also added new functionality to it.

*Netrino*

## Business Experience

**Founder, President**                                                          **Nov 1996 - present**
*Netrino, Annapolis, MD*

- Founded and ran an engineering consulting company specializing in the analysis, design, and implementation of real-time and embedded software on a contract basis.
- Both fixed-price and hourly contracts were successfully performed by myself and other consultants whom I supervised.
- Developed online courses and conducted on-site training related to embedded software development.

**Co-Founder**                                                                  **May 2000 - Dec 2001**
*Hang40, Ellicott City, MD*

- Co-developed an idea for improving the results of search requests in library, database, intranet and Internet searches through phonetic transcription.
- Described the product idea to a level of detail sufficient to file a patent application (see below).
- Sought and obtained financial support from the University of Maryland's Office of Technology Commercialization.
- Helped develop a prototype software implementation that could be integrated with existing commercial search engines.
- Briefly sought funding from venture capitalists. Though ours was a good idea, the bursting of the dot-com bubble limited funding opportunities just as we were getting off the ground.

## Education

**Master of Science in Electrical Engineering**                                 **May 1997**
*University of Maryland, College Park, MD*                                       GPA 3.7/4.0
**Bachelor of Science in Electrical Engineering**                               **May 1994**
*University of Maryland, College Park, MD*                                       GPA 3.6/4.0

## Selected Publications

**Books**

Barr, Michael. <u>Programming Embedded Systems in C and C++</u>. O'Reilly & Associates, 1999.

Ganssle, Jack and Michael Barr. <u>Embedded Systems Dictionary</u>. CMP Books, 2003.

4

Netrino

## Articles and Papers

Barr, Michael and Brian Frank. "Java: Too Much for Your System?," *Embedded Systems Programming*, May 1997.

Barr, Michael. "Controlling Run-Time Reconfigurable Hardware Designs with Java," DesignCon, January 1998.

Barr, Michael and Jason Steinhorn. "Kaffe, Anyone? Implementing a Java Virtual Machine," *Embedded Systems Programming*, February 1998.

Barr, Michael. "A Reconfigurable Computing Primer," *Multimedia Systems Design*, September 1998.

Barr, Michael. "A Free Java Virtual Machine for Embedded Systems," Embedded Systems Conference, November 1998.

Barr, Michael. "Choosing a Compiler: The Little Things," *Embedded Systems Programming*, May 1999.

Barr, Michael. "Programmable Logic: What's it to Ya?," *Embedded Systems Programming*, June 1999.

Barr, Michael. "Architecting Embedded Systems for Add-on Software," *Embedded Systems Programming*, September 1999.

Barr, Michael. "IrDA and Bluetooth," *Embedded Systems Programming*, October 1999.

Barr, Michael. "Checksums," *Embedded Systems Programming*, November 1999.

Barr, Michael. "Cyclic Redundancy Codes, Part 1," *Embedded Systems Programming*, December 1999.

Barr, Michael. "Cyclic Redundancy Codes, Part 2," *Embedded Systems Programming*, January 2000.

Barr, Michael. "Virtual Serial Ports," *Embedded Systems Programming*, February 2000.

Barr, Michael. "Language Lessons," *Embedded Systems Programming*, March 2000.

Barr, Michael. "TCP/IP or Not TCP/IP?," *Embedded Systems Programming*, April 2000.

Barr, Michael. "Calibration," *Embedded Systems Programming*, May 2000.

Barr, Michael. "MAC Daddy," *Embedded Systems Programming*, June 2000.

Barr, Michael. "Address Resolution Protocol," *Embedded Systems Programming*, July 2000.

Barr, Michael. "Software-Based Memory Testing," *Embedded Systems Programming*, July 2000.

Barr, Michael. "Internet Working," *Embedded Systems Programming*, September 2000.

Barr, Michael. "Introduction to Memory Types," *Embedded Systems Programming*, May 2001.

Barr, Michael. "K Virtual Machine," Embedded Systems Conference, July 2001.

Barr, Michael. "Java Technology Overview," Embedded Systems Conference, September 2001.

Barr, Michael. "Introduction to Pulse Width Modulation," *Embedded Systems Programming*, September 2001.

Barr, Michael. "Introduction to Watchdog Timers," *Embedded Systems Programming*, October 2001.

Brown, Chris and Michael Barr. "Introduction to Endianness," *Embedded Systems Programming*, January 2002.

Barr, Michael. "Embedded Programming 101," Embedded Systems Conference, March 2002.

Barr, Michael. "Java 2 Micro Edition," Embedded Systems Conference, March 2002.

Barr, Michael. "Preparing Your System for Java," Embedded Systems Conference, March 2002.

Stewart, David and Michael Barr. "Introduction to Rate Monotonic Scheduling," *Embedded Systems Programming*, March 2002.

Kalinsky, David and Michael Barr. "Introduction to Priority Inversion," *Embedded Systems Programming,* April 2002.

Barr, Michael. "Toward a Smaller Java," *Embedded Systems Programming*, June 2002.

Beal, David and Michael Barr. "Embedded Linux and the Law," *Embedded Systems Programming*, August 2002.

Barr, Michael. "Introduction to Closed-Loop Control," *Embedded Systems Programming*, August 2002.

Ball, Stuart and Michael Barr. "Introduction to Counter/Timer Hardware," *Embedded Systems Programming*, September 2002.

Wagner, Brian and Michael Barr. "Introduction to Digital Filters," *Embedded Systems Programming*, December 2002.

Barr, Michael. "Choosing a Real-Time Operating System," *Embedded Systems Programming*, January 2003.

Labrosse, Jean and Michael Barr. "Introduction to Preemptive Multitasking," *Embedded Systems Programming*, April 2003.

Ball, Stuart and Michael Barr. "Introduction to Timer-Based Measurement," *Embedded Systems Programming*, August 2003.

# Resume for William A. Gatliff

email: bgat@billgatliff.com

## Highlights

- Fluent in C, C++ and various assembly languages.
- Documented experience with GNU tools.
- Prominent speaker and author on subjects related to GNU tools in embedded systems.
- Considerable development experience with eCos, Linux, and base GNU tools for embedded applications.
- Background includes experience with x86, Hitachi SH and H8/300, PowerPC, M68K, ARM7T, 8051, and HC11 microcontrollers.

## Publications and Presentations

Click here to view my publications and presentations.

## Education

Graduated 1991 from the Georgia Institute of Technology, Atlanta GA USA.

Bachelor's of Electrical Engineering, emphasis on control systems theory and computer engineering.

## Recent Projects

### Embedded GNU Jumpstart[tm], Embedded Linux Jumpstart[tm]

The authoritative training series for embedded GNU and Linux. Delivered worldwide in both private and public settings. See my website for more information.

### Cogent Computer Systems, Inc.; North Kingstown, RI USA, Microcross, Inc.; Warner Robins, GA USA

Linux and uClinux board support packages for Cogent's CSB family of single board computers.

- MIPS, ARM, X-Scale and PowerPC architectures
- USB, framebuffer, serial, MTD and other device drivers
- Extensive Linux bootloader and kernel modifications
- Complete root filesystems based on glibc, uClibc and BusyBox.
- Distributed by Microcross, Inc.

### Precision Instrument Corporation, Trenton, NJ USA

Embedded application code for a real-time automotive oil quality sensor.

- Complete application delivery, from design concept to working code.
- Integration with CAN/J1939, SAE J1587 and other commercial automotive datalinks.
- Uses the Rabbit 2000 Microprocessor.

## GE-Interlogix (formerly CASI-RUSCO); Boca Raton, FL USA

Assisted with porting uCLinux to client's custom hardware.

- Extends life of legacy product line
- NetARM/40-based design running in big endian mode
- Corrected several kernel bugs related to endian change (ARM Linux is generally little-endian)
- Helped with root filesystem setup

## Etchstone, Inc.; Boca Raton, FL USA

Adapted Linux kernel to customer's StrongARM SA1110 target hardware.

- Implemented custom framebuffer and USB drivers
- Set up MTD devices for custom flash map
- Configured and tested ext3-based persistent RAM filesystem
- Adapted and verified power management subsystem

## GE Transportation Systems, Inc.; Erie, PA USA

Implemented C++ integration layer for CPU32-based system, to tie interrupt and peripheral management to a Simulink-based programming environment.

- Diab and GNU toolchains
- Wrote majority of interrupt handlers and device drivers in C++
- Worked in conjunction with New Eagle Software

## EDI Enterprises, Incorporated; Minnetonka, MN USA

Ported gdbstubs to client's custom MC68360 system.

## CMI Incorporated; Owensboro, KY USA

Implemented flash file system and downloadable flash firmware capabilities for a custom single board computer.

- Firmware and data transfer features a custom-written ZMODEM protocol driver and Blowfish encryption engine.
- Application software was entirely C++.

## Red Hat, Inc.; Durham, NC USA

Wrote their Red Hat Embedded Systems Engineering training course.

- An advanced training course covering embedded GNU, Linux, eCos and related subjects.

- I am the course's lead instructor and course maintainer.
- This is Red Hat's most popular advanced embedded engineering course.

## Mercury Computing, Inc.; Chelmsford, MA USA

Provided various training and development services related to porting embedded Linux to their custom PowerPC computer systems.

- Assisted in a preliminary port of embedded Linux to one of their PowerPC-based single board computers.
- (The basic kernel booted in less than 24 hours.)
- Installed and customized a complete PowerPC EABI GNU C/C++ development environment for Solaris 8.
- Customized EABI startup code to improve boot times and enable heap management.
- Wrote scripts to automate GNU tool rebuilding process.

## Tether Applications, Inc.; San Diego, CA USA

Member of a project team to produce a power supply for the Mir Space Station.

Project was abruptly canceled upon MIR's reentry into earth's atmosphere.

- Wrote board support package and operating system code for the power supply controller.
- Extensively characterized the GNU Compiler Collection's floating point emulation code, to verify and improve performance on the system's integer-only processor.
- Implemented high-speed, high-performance flash file system.

## Tether Applications, Inc.; San Diego, CA USA

Developed Hitachi-SH2 application code to take images from a custom-designed, VGA-quality image grabber chip.

- Implemented DMA transfer algorithms.
- Debugged hardware, verified chip performance.
- Integrated with their uC/OS-based embedded application.

## Komatsu Mining Systems, Inc.; Peoria, IL USA

Produced the embedded software architecture for a new vehicle communications and monitoring subsystem.

- Implemented a pseudo-realtime database, to minimize realtime processing requirements.
- Co-developed advanced CAN/SAEJ1939 drivers for vehicle subsystem communications.
- Co-developed dynamically-reconfigurable fault analysis module for live, on-vehicle fault detection.

## Tether Applications, Inc.; San Diego, CA USA

Set up a complete GNU C/C++ development environment (GNU/Linux host) for their Hitachi SH2-

based single board computer.

- Developed a customized gdb debugging stub, to enable on-target source-level debugging.
- Ported newlib-1.9.0 to their uC/OS-based filesystem API, and to the debugging stub's console API.
- Developed linker configurations for running code from RAM or ROM.
- Implemented custom C environment startup code to provide persistent watchdog timeout protection, fast boot times.

## Tether Applications, Inc.; San Diego, CA USA

Ported uC/OS-II to their custom-designed single board computer. The computer is based on the Hitachi SH2, and is intended for use in spaceborne applications.

- Added stack validity checking to uC/OS context switch algorithm.
- Modified context switch code to eliminate all but two assembly language instructions, to improve portability.
- Verified test applications running uC/OS on both the target hardware and as an application under Linux.
- Developed a filesystem API, bound embedded device drivers to it.

## Cummins Engine Company, Inc.; Columbus, IN USA

Developed firmware for the trucking industry's most popular trip computer. Coordinated field testing effort for entire 1998 electronic and information product portfolio.

- Co-designed and implemented the trucking industry's first all-software vehicle anti-theft system.
- Managed coordinated field trials of integrated products featuring onboard vehicle diagnostic and control systems, satellite and short-range RF communications, and offboard data management packages.

## Cummins Engine Company, Inc.; Columbus, IN USA

Implemented flash firmware programmer, control code and user interface code for an embedded, multiprocessor air compressor management system.

- Design featured in-box realtime multiprocessor control, and true distributed control over industry standard in-plant networks.
- Project was client's first design featuring an RTOS or graphical user interface.

## CMI Incorporated; Owensboro, KY USA

Maintained firmware for industry-leading line of evidential breath alcohol analyzers.

- Integrated and delivered firmware for industry's first multiprocessor instrument design. This design is now among the world's best-selling devices of its type.

*$Id: resume.html,v 1.10 2003/03/14 17:14:53 bgat Exp $*

BILL GATLIFF – NETRINO, LLC
SELECTED PUBLICATIONS (SEE ALSO HTTP://BILLGATLIFF.COM/ARTICLES.SHTML)

Gatliff, Bill. "Implementing a Flash Memory Loader" *Embedded Systems Programming*, November 1996

Gatliff, Bill. "Flash v. OTP: Making the Right Choice" *Embedded Systems Programming*, December 1998

Gatliff, Bill. "Embedding with GNU: the GNU Debugger" *Embedded Systems Programming*, September 1999

Gatliff, Bill. "Embedding with GNU: the gdb Remote Serial Protocol" *Embedded Systems Programming*, November 1999

Gatliff, Bill. "Web by Proxy" *Embedded Systems Programming*, May 2000

Gatliff, Bill. "Open Source is Already Delivering" *Embedded Systems Programming*, September 2000

Gatliff, Bill. "Inside Look: Cummins Centinel" *Embedded Systems Programming*, July 2001

Gatliff, Bill. "Why Not GNU?" *Circuit Cellar Ink*, December 2001

Gatliff, Bill. "Inside Look: Emerald" *Embedded Systems Programming*, December 2001

Gatliff, Bill. "Embedding with GNU: Newlib" *Embedded Systems Programming*, January 2002

Gatliff, Bill. "Downloadable Firmware in a Flash" *Embedded Systems Programming*, November 2002

Gatliff, Bill. "Linux-based USB Devices" *Embedded Systems Programming*, January 2003

Gatliff, Bill. "Encrypting Data with the Blowfish Algorithm" *Embedded Systems Programming*, August 2003

*Netrino*

## Expert Report: Analysis of **White Viper Reader/Writer** Device
August 26, 2003

### Background

On August 1, 2003, I received a device described as a "White Viper Reader/Writer" from DirecTV for analysis. I was asked to review the design of this device and render my independent opinion as to its nature. I was specifically asked if it was designed to circumvent DIRECTV access controls.

To perform my analysis, I removed the plastic casing from the device, carefully examined the design of the hardware through visual and electrical inspection, and experimented with the use of the device with various pieces of PC software publicly available at Internet web sites devoted to DIRECTV piracy.

### Opinion

The White Viper Reader/Writer device is capable of being used to circumvent DIRECTV access controls. By circumventing these access controls, it is possible to obtain DIRECTV content, including pay-per-views and premium channels, without paying for it.

### Evidence and Analysis

**Evidence: The White Viper Reader/Writer device contains circuitry designed to communicate with ISO7816 smartcards.**

Figure 1 is a photograph of the White Viper Reader/Writer device, showing that the top of the case is clearly labeled "White Viper Technologies: Reader/Writer". On the front side of the device, facing the access card in the photo, there is a smartcard slot.

1

*Netrino*



*Figure 1. The White Viper Reader/Writer device and a P2/H access card*

Figure 2 shows the hardware detail more closely.



*Figure 2. A closeup of the White Viper Reader/Writer device's electrical hardware*

Figure 3 is a portion of an electrical schematic for the White Viper Reader/Writer device. I produced this schematic after careful study of the actual White Viper Reader/Writer device. The device supplies power and clock signals compatible with the ISO7816 standard to the smartcard. The device contains a PIC12C508 microcontroller, which controls the reset signal to the smartcard. Both the microcontroller and a PC connected via serial cable can communicate with an inserted smartcard via the I/O signal.

2

*Netrino*



Figure 3. Partial schematic diagram for the White Viper Reader/Writer device

**Evidence: In combination with PC software called BasicH and possibly others, the White Viper Reader/Writer device circumvents DIRECTV access controls.**

For testing purposes, DIRECTV has provided me with several P2/H access cards. I located the latest version (v3.3) of the BasicH software at dssfileexchange.com, downloaded it, and installed it on a PC in my lab. I connected the White Viper Reader/Writer device to the same PC via serial port COM1 and inserted one of the P2/H access cards in my possession into the device. Through the White Viper Reader/Writer, the BasicH software was able to successfully communicate with the inserted access card. The combination of the BasicH software and the White Viper Reader/Writer hardware were used to exploit security weaknesses of the P2/H access card and, thereby, to read and modify the contents of the EEPROM on the smartcard.

Menu commands in the BasicH software can be used with the White Viper Reader/Writer to dump the entire contents of the EEPROM; read the card's identifying information, such as its unique CAM-ID; modify the CAM-ID, time zone, ZIP code, and other information stored in the card; "unmarry" the card

3

*Netrino*

so it could be inserted into a new IRD; erase records of past pay-per-view purchases so that they would not be sent to DIRECTV's accounting servers; and receive DIRECTV's basic and premium channels without paying for them by installing so-called "3M" codes. All of these activities are used for the purpose of circumventing DIRECTV's conditional access controls.

Figure 4 is a screenshot of the BasicH program's dump of the EEPROM contents of the P2/H access card I inserted into the White Viper Reader/Writer during my testing.



*Figure 4. The BasicH software uses the White Viper Reader/Writer device to read and write P2/H EEPROMs*

Significantly, the BasicH software was unable to read or modify the EEPROM contents of a P2/H access card when a standard ISO7816 smartcard reader from Advanced Card Systems (model ACR30S) was attached to the same serial port. The design of the White Viper Reader/Writer's hardware is clearly integral to the proper functioning of the BasicH software.

When they were inserted into the White Viper Reader/Writer, neither a standard ISO7816 smartcard (the "ACOS1") nor a DIRECTV P3/HU smartcard could be manipulated in any of the above ways. In these cases the BasicH software reported that "Reset Failed!"

Michael Barr                     8/26/03
_____                  _____
Michael Barr                     Date